IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KRISTINA ANDREWS, | § |
| *Plaintiff*, | § |
| v. | § Case No. 3:25-cv-00445 |
| CORECIVIC OF TENNESSEE, LLC, *et al.* | § JURY DEMANDED |
| *Defendants*. | § |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff and all Defendants who have appeared stipulate to the dismissal of this action without prejudice.

Respectfully submitted,

/s/ Daniel A. Horwitz_____
DANIEL A. HORWITZ, BPR #032176
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law

*Counsel for Plaintiff*

/s/ Nathan D. Tilly_____
Nathan D. Tilly
Dylan E. Sutherland
Pentecost & Glenn
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
ntilly@pgmfirm.com
dsutherland@pgtfirm.com

*Counsel for Defendants CoreCivic of Tennessee, LLC, Robert Adams, Jr., Chistopher Patton, and G. Byron Ponds*

/s/ J. Paul Brewer_____
J. Paul Brewer
Olivia Park
MGC Law
120 Brentwood Commons Way
Suite 625
Brentwood, TN 37027
Paul.brewer@mgclaw.com
olivia.park@mgclaw.com

*Counsel for Hardeman County*

## CERTIFICATE OF SERVICE

I hereby certify on November 7 2025, a copy of the foregoing document was filed electronically upon the individuals identified below. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail/via their known counsel:

Nathan D. Tilly
Dylan E. Sutherland
Pentecost & Glenn
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
ntilly@pgmfirm.com
dsutherland@pgtfirm.com

*Counsel for CoreCivic Defendants*

J. Paul Brewer
Olivia Park
MGC Law
120 Brentwood Commons Way, Suite 625
Brentwood, TN 37027
Paul.brewer@mgclaw.com
olivia.park@mgclaw.com

*Counsel for Hardeman County*

                                              /s/ Daniel A. Horwitz
                                              DANIEL A. HORWITZ, BPR #032176